UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE FUNCHES,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL D. McDONALD, Warden,<br><br>    Respondent. | No.  2:13-cv-1981-EFB P<br><br><br>ORDER |

On November 15, 2013, the above-captioned case was dismissed and judgment was entered accordingly.  *See* ECF Nos. 7, 8.  Notwithstanding that judgment closing this case, petitioner filed on December 9, 2013, a request for an extension of time.

The court takes no action on petitioner's filing as this case is now closed.  Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  December 12, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE